# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., <br> LG ELECTRONICS USA, INC. and <br> LG ELECTRONICS MOBILECOMM U.S.A., INC., <br><br> Defendants. | C.A. No. 12-1595 (LPS) |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | C.A. No. 12-1596 (LPS) |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH IN MOTION LIMITED and <br> RESEARCH IN MOTION CORPORATION, <br><br> Defendants. | C.A. No. 12-1597 (LPS) |

| | |
|---|---|
| ARENDI S.A.R.L.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>    Defendants. | C.A. No. 12-1598 (LPS) |
| ARENDI S.A.R.L.,<br><br>    Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>    Defendants. | C.A. No. 12-1599 (LPS) |
| ARENDI S.A.R.L.,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORP. a/k/a HIGH TECH COMPUTER, CORP., HTC AMERICA, INC. and EXEDEA, INC.,<br><br>    Defendants. | C.A. No. 12-1600 (LPS) |
| ARENDI S.A.R.L.,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC f/k/a MOTOROLA MOBILITY, INC.,<br><br>    Defendant. | C.A. No. 12-1601 (LPS) |

| | |
|---|---|
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> SONY MOBILE COMMUNICATIONS (USA) INC. f/k/a SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., SONY CORPORATION and SONY CORPORATION OF AMERICA, <br><br> Defendants. | C.A. No. 12-1602 (LPS) |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | C.A. No. 13-919 (LPS) |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | C.A. No. 13-920 (LPS) |

## STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the parties time to file a Protective Order in this action shall be extended to August 30, 2013.

Respectfully Submitted,

PROCTOR HEYMAN LLP

By: */s/ Neal C. Belgam*
    Neal C. Belgam (#2721)
    Melissa N. Donimirski (#4701)
    Dawn Kurtz Crompton (#5579)
    300 Delaware Avenue, Suite 200
    Wilmington, DE 19801
    Tel: (302) 472-7300
    nbelgam@proctorheyman.com
    mdonimirski@proctorheyman.com
    dcrompton@procotrheyman.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

FISH & RICHARDSON, P.C.

By: */s/ Thomas Lee Halkowski*
    Thomas Lee Halkowski (#4099)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel: (302) 652-5000
    halkowski@fr.com

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Mobilecomm U.S.A., Inc.*

DLA PIPER LLP (US)

By: */s/ Aleine Michelle Porterfield*
    Denise Seastone Kraft (#2778)
    Aleine Michelle Porterfield (#5053)
    919 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Tel: (302) 468-5645
    denise.kraft@dlapiper.com
    aleine.porterfield@dlapiper.com

*Attorneys for Defendant Apple Inc.*

MORRIS JAMES LLP

By: */s/ Mary B. Matterer*
    Richard K. Herrmann (#405)
    Mary B. Matterer (#2696)
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    Tel: (302) 888-6800
    rherrmann@morrisjames.com
    mmatterer@morrisjames.com

*Attorneys for Defendants Research in Motion Limited and Research in Motion Corporation*

| | |
|---|---|
| NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/ Francis DiGiovanni*<br>     Francis DiGiovanni (#3189)<br>     Thatcher A. Rahmeier (#5222)<br>     1007 North Orange Street<br>     P.O. Box 2207<br>     Wilmington, DE  19899<br>     Tel: (302) 658-9141<br>     frank.digiovanni@novakdruce.com<br>     thatcher.rahmeier@novakdruce.com | By: */s/ Jack B. Blumenfeld*<br>     Jack B. Blumenfeld (#1014)<br>     Jeremy A. Tigan (#5239)<br>     1201 North Market Street<br>     P.O. Box 1347<br>     Wilmington, DE  19899<br>     Tel:  (302) 658-9200<br>     jblumenfeld@mnat.com<br>     jtigan@mnat.com |
| *Attorneys for Defendants Samsung Electronics America Inc., Samsung Electronics Co. Ltd., and Samsung Telecommunications America LLC* | *Attorneys for Defendants Nokia Corporation, Nokia Inc. and Yahoo! Inc.* |
| CONNOLLY GALLAGHER LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Arthur G. Connolly, III*<br>     Arthur G. Connolly, III (#2667)<br>     1000 West Street, 14th Floor<br>     Wilmington, DE  19801<br>     Tel: (302) 888-6318<br>     aconnolly@connollygallagher.com | By: */s/ Bindu A. Palapura*<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE  19801<br>     Tel:  (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com |
| *Attorneys for Defendants HTC Corp. a/k/a High Tech Computer Corp. and HTC America, Inc.* | *Attorneys for Defendant Motorola Mobility LLC f/k/a Motorola Mobility, Inc. and Google Inc.* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: <u>*/s/ Rodger D. Smith*</u>
      Rodger D. Smith II (#3778)
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE  19899-1347
      Tel:  (302) 658-9200
      rsmith@mnat.com

*Attorneys for Defendants Sony Mobile Communications (USA) Inc., Sony Corporation and Sony Corporation of America*

SO ORDERED.

SIGNED this ___ day of _____, 2013.

<u>                                        </u>
UNITED STATES DISTRICT JUDGE