**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS INC., et al., <br><br> Defendants. | C.A. No. 12-1595-GBW |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> BLACKBERRY LIMITED, et al., <br><br> Defendants. | C.A. No. 12-1597- GBW |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC f/k/a MOTOROLA MOBILITY, INC., <br><br> Defendant. | C.A. No. 12-1601-GBW |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> SONY MOBILE COMMUNICATIONS, (USA), INC., <br><br> Defendant. | C.A. No. 12-1602-GBW |

| | |
|---|---|
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 13-919-GBW |
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> OATH HOLDINGS, INC., et al., <br><br> Defendants. | C.A. No. 13-920-GBW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Eve H. Ormerod as Delaware counsel for Plaintiff Arendi S.A.R.L. (collectively, "Arendi") in the above-referenced matters. Arendi will continue to be represented by all other counsel of record.

Dated: March 17, 2023

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Plaintiff Arendi S.A.R.L.*